UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                        Criminal No. 09-cr-93-01-JL

<u>Eugene Dibbles</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 19) filed by defendant is granted.

The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

*/s/ Joe Laplante*

Joseph N. Laplante
United States District Judge

Date:  June 24, 2009


cc:  Jessica Brown, Esq.
     Kenneth Perkes, Esq.
     U.S. Marshal
     U.S. Probation